UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     EDCV 21-0324-MWF (KS)                                    Date: May 10, 2021

Title        *Nelson H. Romero v. County of San Bernardino et al*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

             Gay Roberson                                                N/A
             Deputy Clerk                                        Court Reporter / Recorder

        Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 24, 2021, Plaintiff, a California resident proceeding *pro se* and *in forma pauperis* ("IFP") filed a civil rights complaint ("Complaint"). (Dkt. No. 1.) On March 22, 2021, the Court dismissed the Complaint for failure to state a claim and comply with Rule 8 of the Federal Rules of Civil Procedure. (Dkt. No. 8.) The Court directed Plaintiff to file his First Amended Complaint—or a Notice of Voluntary Dismissal—within 21 days, *i.e.*, no later than April 12, 2021. (*Id.*) More than three weeks have passed since Plaintiff's deadline for filing a First Amended Complaint correcting the defects identified by the Court, but, to date, Plaintiff has neither filed a First Amended Complaint nor requested an extension of time to do so or otherwise communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's March 22, 2021 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before May 24, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing <u>one</u> of the following:

    (1) a First Amended Complaint correcting the defects identified in the Court's March 22, 2021 Order; <u>or</u>

    (2) a request for an extension of time to file a First Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**<u>Plaintiff is advised that the failure to timely comply with this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.</u>**

The Clerk is directed to send Plaintiff a copy of the Court's March 22, 2021 Order (Dkt. No. 8) and the Central District's standard civil rights complaint form.

    **IT IS SO ORDERED.**

                                                                                    :

                                            **Initials of Preparer**   gr