JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON H. ROMERO, | ) NO. EDCV 21-0324-MWF (KS) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| | ) |
| COUNTY OF SAN BERNARDINO, et al, | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 23, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE